UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

### UNITED STATES' STATEMENT OF THE CASE
### TO BE READ TO THE VENIRE

The Indictment in this case charges the defendants Jorge Perez, Ricardo Perez, Aaron Durall, Christian Fletcher, James Porter, Jr., Neisha Zaffuto, Sean Porter, and Aaron Alonzo with various charges related to an alleged scheme to submit false and fraudulent claims for laboratory testing services to private insurance companies. The alleged scheme involved submitting claims through rural hospitals even though most of the claims were for tests that were not done at the hospitals, and submitting claims for medically unnecessary testing.

Count One charges defendants Jorge Perez, Ricardo Perez, Aaron Durall, Christian Fletcher, James Porter, Jr., Neisha Zaffuto, and Aaron Alonzo with conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349, by defrauding several private insurance companies. The offense is alleged to have occurred between in or about May 2015 and in or about February 2018.

Counts Two, Three, Four, Five and Six charge defendants Jorge Perez, Ricardo Perez, and Aaron Durall with health care fraud by defrauding a private

insurance company (Florida Blue) on multiple dates, specifically, December 17 and 21, 2015, and March 9 and May 10, 2016, in violation of 18 U.S.C. § 1347.

Count Seven charges defendants Aaron Durall and Neisha Zaffuto with conspiracy to commit money laundering in two ways, by engaging in financial transactions designed to promote the carrying on of unlawful activity, and by engaging in monetary transactions in criminally-derived proceeds in excess of $10,000, where the unlawful activity was conspiracy to commit health care fraud and wire fraud, and health care fraud, in violation of 18 U.S.C. § 1956(h). This offense is alleged to have occurred between September 2016 and February 2018.

Count Eight charges defendants Jorge Perez, Ricardo Perez, James Porter, Jr., Sean Porter, and Christian Fletcher with conspiracy to commit money laundering, by engaging in monetary transactions in criminally-derived property in excess of $10,000, where the unlawful activity was conspiracy to commit health care fraud and wire fraud, and health care fraud, in violation of 18 U.S.C. § 1956(h). This offense is alleged to have occurred between November 2015 and February 2018.

Counts Nine and Ten charge defendant Aaron Durall with money laundering by engaging in financial transactions designed to promote the carrying on of unlawful activity, where the unlawful activity was conspiracy to commit health care fraud and wire fraud, and health care fraud, in violation of 18 U.S.C. § 1956(a)(1)(A)(i). These offenses are alleged to have occurred on November 30, 2016, and February 2, 2017.

2

Counts Eleven through Twenty-Three charge certain defendants with money laundering, by engaging in a monetary transaction in criminally-derived proceeds in excess of $10,000, where the unlawful activity was conspiracy to commit health care fraud and wire fraud, and health care fraud, in violation of 18 U.S.C. § 1956(h). The defendants charged in each of these counts and the dates of the alleged offenses are set out below:

- Count Eleven charges James Porter, Jr., Jorge Perez, and Ricardo Perez with a transaction occurring on January 10, 2017.

- Count Twelve charges James Porter, Jr. with a transaction occurring on January 10, 2017.

- Count Thirteen charges Jorge Perez and James Porter, Jr. with a transaction occurring on January 13, 2017.

- Count Fourteen charges James Porter, Jr., Jorge Perez, and Ricardo Perez with a transaction occurring on January 23, 2017.

- Count Fifteen charges James Porter, Jr. and Christian Fletcher with a transaction occurring on January 30, 2017.

- Count Sixteen charges James Porter, Jr. and Sean Porter with a transaction occurring on May 15, 2017.

- Count Seventeen charges James Porter, Jr. and Jorge Perez with a transaction occurring on April 15, 2016.

- Count Eighteen charges James Porter, Jr. and Christian Fletcher with a transaction occurring on December 23, 2016.

- Count Nineteen charges James Porter, Jr., Jorge Perez and Ricardo Perez with a transaction occurring on February 3, 2017.

- Count Twenty charges James Porter, Jr., Jorge Perez and Ricardo Perez with a transaction occurring on April 28, 2017.

- Count Twenty-One charges James Porter, Jr., Jorge Perez and Ricardo Perez with a transaction occurring on May 22, 2017.

- Count Twenty-Two charges James Porter, Jr. and Sean Porter with a transaction occurring on May 22, 2017.

- Count Twenty-Three charges Aaron Durall and Neisha Zaffuto with a transaction occurring on December 7, 2017.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Tysen Duva*
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   Tysen.Duva@usdoj.gov

JOSEPH S. BEEMSTERBOER
ACTING CHIEF

U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:  */s/ James V. Hayes*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
         James.Hayes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2022, a true and correct copy of the foregoing

was filed and served on all counsel via the CM/ECF system.

*/s/ Gary A. Winters*
GARY A. WINTERS
Trial Attorney
Criminal Division, Fraud Section

5