UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

**UNITED STATES' NOTICE OF INTENTION
TO RETRY ALL COUNTS ON WHICH
THE JURY DID NOT REACH A VERDICT**

On June 27, 2022, after publishing the verdict forms, the Court provided the Government the requested twenty-one days to advise the Court and counsel as to its intention to retry the remaining counts in this case. At the present time, the Government intends to retry all counts as to all eight defendants on which the jury did not reach a verdict. The Government notes that even with the Rule 29 briefing schedule set, it would be appropriate for the Court to hold a telephone status conference to address an appropriate trial calendar for the retrial.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Tysen Duva*
        TYSEN DUVA
        Assistant United States Attorney
        Florida Bar No. 0603511
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:   (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail:   Tysen.Duva@usdoj.gov

        LORINDA I. LARYEA
        ACTING CHIEF
        U.S. DEPARTMENT OF JUSTICE
        CRIMINAL DIVISION, FRAUD SECTION

By:   */s/ Gary A. Winters*
        JAMES V. HAYES (FL Bar # A5501717)
        Senior Litigation Counsel
        GARY A. WINTERS (FL Bar # A5501852)
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel: (202) 598-2382
        Email: Gary.Winters@usdoj.gov
              James.Hayes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2022, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

*/s/ Tysen Duva*
TYSEN DUVA
Assistant United States Attorney
