# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.                    CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

Counsel for Government:              Counsel for Defendants:
Andrew Tysen Duva                    Thomas M. Bell (Jorge Perez/Ricardo Perez)
Gary A. Winters                      Brian T. Rafferty (Aaron Durall/Neisha Zaffuto)
James Hayes                          AJ Tasker (James F. Porter, Jr.)
                                     Caleb D. Rowland (Sean Porter)
                                     Steven H. Sadow (Christian Fletcher)
                                     Vince Citro (Christian Fletcher)
                                     Darcy Galnor (Aaron Alonzo)

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF TELEPHONIC STATUS CONFERENCE:**

Tom Bell was permitted to cover for Richard Landes, and Brian Rafferty was permitted to cover for Joshua Lowther.

Discussion regarding potential trial dates.

Defendants move to continue the trial. The government has no objection to the continuance.

Defendants' <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**.  For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial.  As Defendants are joined for trial, all time from now until the end of the August 2023 trial term shall be excludable time.

**Order to enter.**

The United States is permitted to file a 35 page response to the pending motions.

**DATE:** July 29, 2022     **TIME:** 10:03 a.m. – 10:54 a.m.